**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MIHAJLO RISTIC, individually, and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) MACHINE ZONE, INC., ) ) Defendant. ) ) ) | Case No. 1:15-cv-08996<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Sheila Finnegan |

**MACHINE ZONE'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Machine Zone, Inc., by and through undersigned counsel, hereby respectfully moves this Court, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure for the entry of an order extending Defendant's time to answer, move or otherwise respond to the First Amended Complaint, to February 12, 2015. In support of this motion, Machine Zone states as follows:

1. On October 9, 2015, Plaintiff filed a putative Class Action Complaint against Machine Zone. (DE 1.)

2. On November 3, 2015, Machine Zone was served with Plaintiff's Complaint.

3. On December 18, 2015, Machine Zone moved to dismiss Plaintiff's Complaint pursuant to the deadlines set by this Court's Minute Entry of November 12, 2015. (DE 17.)

4. On January 8, 2016, Plaintiff filed a First Amended Complaint in this action. (DE 24.)

5. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Machine Zone's deadline

to file a response to the Amended Complaint is currently January 22, 2016.

6. Due to the work schedule of Defendant's counsel, Defendant reasonably needs additional time to answer or otherwise respond to the Amended Complaint.

7. Machine Zone therefore requests a brief extension of time to answer or other respond to the Amended Complaint, until February 12, 2015.

8. Plaintiff's counsel has advised that he does not oppose the Court granting the additional time requested herein.

9. Further, Plaintiff's counsel has advised that he does oppose maintaining the same response time for Plaintiffs' opposition (28 days from motion) and for Machine Zone's reply (14 days from opposition) that this Court set forth in its Minute Entry of November 12, 2015.[1] Thus, Machine Zone respectfully requests, with the consent of Plaintiff, the following briefing schedule regarding the forthcoming motion to dismiss:

(i) Deadline for Machine Zone to file its motion to dismiss: **February 12, 2016**

(ii) Deadline for Plaintiff to file his response in opposition: **March 11, 2016**

(iii) Deadline for Machine Zone to file its reply: **March 25, 2016**

8. This is the Machine Zone's second request for an extension, and is being made in good faith and not for purposes of delay.

**WHEREFORE**, Defendant Machine Zone, Inc. respectfully request the Court to:

(a) Grant Machine Zone a brief extension of its current deadline to respond to the First Amended Complaint up to and including **February 12, 2016**;

(b) Enter the following briefing schedule regarding Machine Zone's forthcoming motion to dismiss:

---

[1] The Court also granted each side up to an additional ten pages for the motion to dismiss and opposition briefs. (DE 17.)

(i) Deadline for Plaintiff to file his response in opposition: **March 11, 2016**;

(ii) Deadline for Machine Zone to file its reply: **March 25, 2016**; and

(e) Enter an order granting all such other relief deemed appropriate and just.

DATED: January 13, 2016

Respectfully submitted,

*/s/ David S. Almeida*

David S. Almeida, Esq.
dalmeida@sheppardmullin.com
Mark S. Eisen
meisen@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
70 West Madison Street,
48th Floor
Chicago, Illinois 60602
Telephone: (312) 499-6300
Facsimile: (312) 499-6301

Sean Morris (admitted *pro hac vice*)
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel: (213) 243-4222; Fax: (213) 243-4199
Sean.Morris@aporter.com

Michael A. Berta (admitted *pro hac vice*)
Arnold & Porter LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: (415) 471-3277; Fax: (415) 471-3400
Michael.Berta@aporter.com

Allyson Himelfarb (admitted *pro hac vice*)
Arnold & Porter LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel: (202) 942-6274; Fax: (202) 942-5999
Allyson.Himelfarb@aporter.com

*Attorneys for Machine Zone, Inc.*

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing **MACHINE ZONE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** was electronically filed with the Clerk of the Court using the CM/ECF system on this 13th day of January, 2016.

                                              /s/ David S. Almeida